AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Michael Howard Hunter

v.

United States of America, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-324-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's Motion to Amend (Ct. Rec. 6) is DENIED and this action is DISMISSED Without Prejudice to Petitioner pursuing his claims regarding his competency and commitment in the appropriate State Court proceedings.

12/26/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson